IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| CHARLITA BROWN | \* |
| Plaintiff, | \* |
| | \*   CASE NO. 07-1598 (JDB) |
| | \* |
| v. | \* |
| | \* |
| | \* |
| CORRECTIONS CORPORATIONS OF AMERICA et al | \* |
| Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF'S PROOF OF SERVICE OF PROCESS

Plaintiff, by and through counsel files this Proof of Service of Process. The Defendants in this case were served on or about January 7, 2008.

THE GBENJO LAW GROUP

/s/
_____
Anne J.A. Gbenjo
8449 West Bellfort Ave. Suite 100
Houston, Texas 77071
713-771-4775 (Phone)
713-771-4784 (Fax)
Attorney for Petitioner

Dated: January 22, 2008.

AO 440 (Rev. 8-01) Summons in a Civil Action

FOR DEFENDANT DEVON BROWN

BROWN V. CCA et al — RETURN OF SERVICE CASE # 07-1598 (JDB)

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 1/22/08 |
| NAME OF SERVER (PRINT) ANNE GBENJO | TITLE ATTORNEY |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: __B. MACK__

☐ Returned unexecuted: _____

☐ Other (specify): THE SUMMONS & COMPLAINT WERE SENT VIA EXPRESS MAIL THRU THE USPS — see attached

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1/7/08__  ___[signature]___
                Date         Signature of Server

Address of Server: 6449 W Bellfort Ave Ste 100, Houston, TX 77071

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8-01) Summons in a Civil Action

FOR DEFENDANT CCA
BROWN v. CCA et al

## RETURN OF SERVICE CASE # 07-1598 (JDB)

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/22/08 |
| NAME OF SERVER (PRINT) ANNE GBENJO | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:  S. DAVIS

☐ Returned unexecuted: _____

☐ Other (specify): THE Summons & Complaint were sent via Express Mail thru the USPS — see attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/7/08
              Date                    Signature of Server

8449 W. Bellfort Ave Ste 100
Houston, TX 77071
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action    FOR DEFENDANT D.C. DEPT OF CORRECTIONS

## RETURN OF SERVICE

Service of the Summons and complaint was made by me<sup>(1)</sup>   DATE: 1/22/08

NAME OF SERVER (PRINT): ANN E GBENJO    TITLE: ATTORNEY

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: B. MACK

☐ Returned unexecuted: _____

☐ Other (specify): THE SUMMONS & COMPLAINT WERE SENT VIA EXPRESS MAIL THRU THE USPS - see attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/7/08
             Date         Signature of Server

Address of Server: 8449 W. Belfort Ave Ste 100, Houston, TX 77071

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Track & Confirm

## Search Results

Label/Receipt Number: **EB29 0630 348U S**
Status: **Delivered**

Your item was delivered at 11:00 AM on January 7, 2008 in WASHINGTON, DC 20024. The item was signed for by S DAVIS.

Additional Details >   Return to USPS.com Home >

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  Go >

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  Go >

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do

1/7/2008

# Track & Confirm

## Search Results

Label/Receipt Number: **EB90 4971 014U S**
Status: **Delivered**

Your item was delivered at 1:59 PM on January 7, 2008 in WASHINGTON, DC 20001. The item was signed for by B MACK.

[ Additional Details > ]  [ Return to USPS.com Home > ]

---

**Track & Confirm**
Enter Label/Receipt Number.

---

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  [ Go > ]

**Proof of Delivery**
Verify who signed for your item by email, fax, or mail.  [ Go > ]

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    1/10/2008