IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN,<br><br>          Plaintiff,<br><br>     v.<br><br>CORRECTIONS CORPORATION OF AMERICA AND DEPARTMENT OF CORRECTIONS & DEVEN BROWN, DIRECTOR FOR DEPARTMENT OF CORRECTIONS,<br><br>          Defendants. | CIVIL ACTION NO. 1:07-cv-01598-JDB |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

      I, the undersigned, counsel of record for Defendant Corrections Corporation of America ("CCA"), certify that to the best of my knowledge and belief, CCA has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.  CCA, however, does have outstanding securities in the hands of the public.

      These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 29, 2008                              Respectfully submitted,


                                                       By: /s/ Alison N. Davis
                                                           Alison N. Davis
                                                           D.C. Bar No. 429700
                                                           adavis@fordharrison.com
                                                           Dannie B. Fogleman
                                                           D.C. Bar No. 414311
                                                           dfogleman@fordharrison.com

                                                           FORD & HARRISON LLP
                                                           1300 19th Street, N.W., Suite 700
                                                           Washington, DC  20036
                                                           (202) 719-2000
                                                           (202) 719-2077 (Facsimile)

                                                           Attorneys of Record for Defendant Corrections
                                                           Corporation of America


DC:71771.1