IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN § | |
| § | |
| Plaintiff § | |
| v. § | |
| § | CASE NO.: 07-1598 (JDB) |
| CORRECTIONS CORPORATION § | |
| OF AMERICA § | |
| § | |
| DEVON BROWN, DIRECTOR FOR § | |
| DEPARTMENT OF CORRECTIONS § | |
| § | |
| Defendants § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME IN WHICH TO FILE HER OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

Plaintiff by and through the undersigned counsel, moves this Honorable Court to grant an extension of three (3) weeks in which to file her Opposition to Defendant's Motion to Dismiss and for reasons states that: the undersigned counsel is, inter alia, currently involved in discovery in three discrimination cases and preparing for mediation in one (1) other case, viz: Pegues v. Mineta, Case No.04-2165 (GK); Wright v. Verizon, 05-1819 (HHK); Singleton v. Ben Bridge Jewelers, Case No. 07- 1689 and Houston Federation of Teachers v. Sayer, Case No. 2007-43388. The first two cases are in this court while the others are outside of the D.C. area. As a result, the undersigned counsel will need a minimum of three weeks to complete the Opposition and prays the Court's indulgence.

Pursuant to the local rules, the undersigned contacted the opposing counsel late today to procure his consent to this motion but met his absence.

WHEREFORE, Plaintiff prays that this motion be granted so that she has until March 4, 2008 to file her Opposition.

Respectfully Submitted,

**THE GBENJO LAW GROUP**

_____/s/_____

Anne Gbenjo, 447840
8449 West Bellfort Avenue, Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 11th day of February 2008, a copy of the foregoing Motion was served on all parties as follows:

Eric S. Glover, Esquire
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001

Alison N. Davis, Esquire
**FORD & HARSON LLP**
1300 19th Street, N.W., Suite 700
Washington, DC 20036

_____/s/_____
Anne Gbenjo

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN | § § § |
| Plaintiff | § |
| v. | § § CASE NO.: 07-1598 (JDB) |
| CORRECTIONS CORPORATION OF AMERICA | § § § |
| DEVEN BROWN, DIRECTOR FOR DEPARTMENT OF CORRECTIONS | § § § |
| Defendants | § |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, good cause having been shown, it is on this _____ day of _____ 20_____, by the United States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED. Plaintiff shall file her Opposition to Defendant's Motion to dismiss by March 4, 2008.

_____
JUDGE

COPIES TO:

ANNE GBENJO, ESQUIRE

ERIC GLOVER, ESQUIRE

ALISON DAVIS, ESQUIRE.

Case 1:07-cv-01598-JDB    Document 8    Filed 02/11/2008    Page 5 of 5