IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN § | |
| § | |
| Plaintiff § | |
| v. § | |
| § | CASE NO.: 07-1598 (JDB) |
| CORRECTIONS CORPORATION § | |
| OF AMERICA § | |
| § | |
| Devon Brown, Director for § | |
| Department Of Corrections § | |
| § | |
| Defendants § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF THREE DAYS IN WHICH TO FILE HER OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

Plaintiff by and through the undersigned counsel, moves this Honorable Court to grant an extension of three (3) days in which to file her Opposition to Defendant's Motion to Dismiss and for reasons states that: the undersigned counsel was under the weather virtually throughout last week, sneezing, coughing and weak. As a result, she was unable to work on the Opposition to the Defendant's Motion to Dismiss. To compound the problem, she was forced to participate in two hearings that were not anticipated at the time of the filing of the original Motion for Extension of Time on February 11, 2008. In any event, the undersigned intends to complete the Opposition before or by the end of this week. For these reasons, she seeks this brief extension.

Pursuant to the local rules, the undersigned contacted the opposing counsel yesterday, March 3, 2008, to procure his consent to this motion but has not heard back from him.

WHEREFORE, Plaintiff prays that this motion be granted so that she has until March 7, 2008 to file her Opposition.

Respectfully Submitted,

**THE GBENJO LAW GROUP**


_____/s/_____

Anne Gbenjo, 447840

8449 West Bellfort Avenue, Suite 100

Houston, Texas 77071

Phone: 713.771.4775

Fax:    713.771.4784

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 4th day of February 2008, a copy of the foregoing Motion was served on all parties as follows:

Eric S. Glover, Esquire

Assistant Attorney General

441 4TH Street, NW, 6th Floor-South

Washington, D.C. 20001


Alison N. Davis, Esquire

FORD & HARSON LLP

1300 19th Street, N.W., Suite 700

Washington, DC 20036


_____/s/_____

Anne Gbenjo

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN | § |
| | § |
| Plaintiff | § |
| | |
| v. | § |
| | §   CASE NO.: 07-1598 (JDB) |
| | |
| CORRECTIONS CORPORATION | § |
| OF AMERICA | § |
| | § |
| DEVEN BROWN, DIRECTOR FOR | § |
| DEPARTMENT OF CORRECTIONS | § |
| | § |
| Defendants | § |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, good cause having been shown, it is on this _____ day of _____ 20_____, by the United States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED. Plaintiff shall file her Opposition to Defendant's Motion to dismiss by March 7, 2008.

_____
JUDGE

COPIES TO:

ANNE GBENJO, ESQUIRE

ERIC GLOVER, ESQUIRE

ALISON DAVIS, ESQUIRE.