IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA AND DEPARTMENT OF CORRECTIONS & DEVEN BROWN, DIRECTOR FOR DEPARTMENT OF CORRECTIONS IN THE DISTRICT OF COLUMBIA,<br><br>    Defendants. | CIVIL ACTION NO. 1:07-cv-01598-JDB |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE
TO AMEND COMPLAINT AND MOTION FOR LEAVE TO SUBSTITUTE
DEFENDANT D.C. FOR DEFENDANT D.O.C.**

Pursuant to Local Rule 7(b) of the Rules of the United States District Court for the District of Columbia, Defendant, CCA of Tennessee, Inc. ("CCA"), by and through its counsel, hereby responds to Plaintiff's Motion for Leave to Amend Complaint and Motion for Leave to Substitute Defendant D.C. for Defendant D.O.C. (collectively referred herein as "Motion"), and states as follows:

On March 7, 2008, Plaintiff filed a motion seeking leave to amend her Complaint, and substitute the District of Columbia for the District of Columbia Department of Corrections as a party. (Dkt. No. 11). CCA does not oppose the Court granting Plaintiff's Motion. By consenting to this Motion, CCA does not waive any defenses which it may have to Plaintiff's amended Complaint. In accordance with Rule 15(a) of the Federal Rules of Civil Procedure and Local Rule 15.1, CCA will file its response to the amended Complaint ten (10) days from the date upon

which the Court enters the Order granting Plaintiff's Motion. Pursuant to Local Rule 7(c), a proposed order is included herewith.

Dated: March 19, 2008                               Respectfully submitted,


By:/s/ Alison N. Davis
    Alison Nadine Davis
    D.C. Bar No. 429700
    adavis@fordharrison.com
    Dannie B. Fogleman
    D.C. Bar No. 414311
    dfogleman@fordharrison.com

    FORD & HARRISON LLP
    1300 19th Street, N.W., Suite 700
    Washington, DC  20036
    (202) 719-2000
    (202) 719-2077 (Facsimile)

    Attorneys for Defendant CORRECTIONS
    CORPORATION OF AMERICA

DC:73134.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA AND DEPARTMENT OF CORRECTIONS & DEVEN BROWN, DIRECTOR FOR DEPARTMENT OF CORRECTIONS IN THE DISTRICT OF COLUMBIA,<br><br>    Defendants. | CIVIL ACTION NO. 1:07-cv-01598-JDB |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint and Motion for Leave to Substitute Defendant D.C. For Defendant D.O.C., Defendant CCA of Tennessee's response thereto, and the entire record herein, it is this _____ day of _____, 2008, hereby:

**ORDERED** that Plaintiff's Motion for Leave to Amend Complaint is GRANTED;

**ORDERED** that Plaintiff's Motion for Leave to Substitute Defendant D.C. for Defendant D.O.C. is _____; and it is further

**ORDERED** that CCA is to file its response to Plaintiff's Amended Complaint ten (10) days from the date upon which this Order is entered.

_____
John D. Bates
U.S. District Court for the District of Columbia

Copies to:                                         - 2 -


Anne Gbenjo, Esq.
8449 W. Bellfort, Ste. 100
Houston, TX  77071

Mayor Adrian Fenty
District of Columbia
1350 Pennsylvania Avenue, NW
Suite 310
Washington, DC  20004

Peter J. Nickles, Esq.
Attorney General for the District of Columbia
441 4th Street, NW
Suite 1060 North
Washington, DC  20001

Alison N. Davis, Esq.
Dannie B. Fogleman, Esq.
Ford & Harrison LLP
1300 19th St., NW
Suite 700
Washington, DC  20036

Eric Glover, Esq.
Department of Corrections
441 4th Street, NW
6th Floor
Washington, DC  20001

DC:73136.1