IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLITA BROWN | § | |
| | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | CASE NO.: 07-1598 (JDB) |
| | § | |
| CORRECTIONS CORPORATION | § | |
| OF AMERICA | § | |
| | § | |
| DEVON BROWN, DIRECTOR FOR | § | |
| DEPARTMENT OF CORRECTIONS | § | |
| | § | |
| Defendants | § | |

**PLAINTIFF'S MOTION FOR EXTENSION OF THREE WEEKS IN WHICH TO FILE HER OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

Plaintiff by and through the undersigned counsel, moves this Honorable Court to grant an extension of three (3) weeks in which to file her Opposition to Defendant's Motion to Dismiss Counts III and IV of Plaintiff's Amended Complaint and for reasons states that: Aside from other constraints and restraints, the undersigned counsel is scheduled to leave Texas for Maryland this evening (See Exh. 1) to handle two cases (Bertin v. Atontsa, Case No. CAD 07-27883 and Akinwande v. Akinwande, Case No. CAD 08-07717) in Prince George's County, Maryland. She is not likely to return until mid April. As a result, she will not be able to respond to the Defendant's motion until at least one week after her arrival, which is anticipated to be the week of April 28, 2008. For these reasons, she seeks this extension. The opposing counsel consents to this motion.

WHEREFORE, Plaintiff prays that this motion be granted so that she has until April 28, 2008 to file her Opposition.

Respectfully Submitted,

**THE GBENJO LAW GROUP**


_____/s/_____

Anne Gbenjo, 447840
8449 West Bellfort Avenue, Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 3rd day of April 2008, a copy of the foregoing Motion was served on all parties as follows:

Eric S. Glover, Esquire

Assistant Attorney General

441 4TH Street, NW, 6th Floor-South

Washington, D.C. 20001


Alison N. Davis, Esquire

FORD & HARSON LLP

1300 19th Street, N.W., Suite 700

Washington, DC 20036


_____/s/_____

Anne Gbenjo

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN | § |
| | § |
| Plaintiff | § |
| | § |
| v. | § |
| | §   CASE NO.: 07-1598 (JDB) |
| | |
| CORRECTIONS CORPORATION | § |
| OF AMERICA | § |
| | § |
| DEVEN BROWN, DIRECTOR FOR | § |
| DEPARTMENT OF CORRECTIONS | § |
| | § |
| Defendants | § |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, good cause having been shown, it is on this _____ day of _____ 20_____, by the United States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED. Plaintiff shall file her Opposition to Defendant's Motion to dismiss by April 28, 2008.

_____
JUDGE

ANNE GBENJO, ESQUIRE
ERIC GLOVER, ESQUIRE
ALISON DAVIS, ESQUIRE.

Case 1:07-cv-01598-JDB    Document 15    Filed 04/03/2008    Page 5 of 5

## Southwest Airlines Boarding Pass



BOARDING PASS

**GBENJO/ANNE**

FLIGHT **3324**

APR 03

PNR: **KM6QOH**

3324  HOUSTON (HOBBY)
       to BALTIMORE      07:55 PM W

**SOUTHWEST AIRLINES**

ISSUED BY AND VALID ONLY ON

00000119494126

RR

Boarding Group

**A**

Position

**21**

*Printed at*



**southwest.com**

21r

- - - - - - - - - - - - - - - - - - - - - - - - - FOLD HERE - - - - - - - - - - - - - - - - - - - - - - - - -

**Attention:** Southwest Airlines has begun a new boarding process for this departure airport. You will board in sequential order based on the group and position number on your boarding pass. Please listen closely to gate announcements for instructions.

**Important Information:**

- The TSA strictly enforces a limit of one carryon item, plus one smaller personal item.
- **Customer Checkin Requirement:** Flights operated by Southwest Airlines: Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to scheduled departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.
- If you are traveling with an unticketed child younger than two years old, you must provide proof of age and receive a Boarding Verification Document at the ticket counter prior to proceeding to Security Checkpoint.

**Not checking luggage?** You may proceed directly to the Security Checkpoint with this Boarding Pass.

<- Return to Print Boarding Pass Selection