IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLITA BROWN | § | |
| | § | |
| Plaintiff | § | |
| v. | § | |
| | § | CASE NO.: 07-1598 (JDB) |
| | | |
| CORRECTIONS CORPORATION | § | |
| OF AMERICA et al | § | |
| | § | |
| Defendants | § | |

**PLAINTIFF'S NOTICE ON COUNTS III AND IV OF THE AMENDED COMPLAINT**

By this Notice, Plaintiff withdraws counts III and IV of the Amended Complaint, based on the discussion and correspondence exchanged between Plaintiff's counsel's and counsel for Defendant CCA of Tennessee earlier.

Respectfully Submitted,

**THE GBENJO LAW GROUP**


_____/s/_____
Anne Gbenjo, 447840
8449 West Bellfort Avenue, Suite 100
Houston, Texas 77071
Phone: 713.771.4775
Fax:    713.771.4784
Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 26th day of April 2008, a copy of the foregoing Notice was served on all parties as follows:

Eric S. Glover, Esquire
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001

Alison N. Davis, Esquire
**FORD & HARSON LLP**
1300 19th Street, N.W., Suite 700
Washington, DC 20036

_____/s/_____
Anne Gbenjo