IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLITA BROWN | § |
| | § |
| Plaintiff | § |
| v. | § |
| | §   CASE NO.: 07-1598 (JDB) |
| CORRECTIONS CORPORATION | § |
| OF AMERICA et al | § |
| | § |
| Defendants | § |

**CONSENT MOTION FOR EXTENSION OF TEN DAYS IN WHICH TO FILE OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

Plaintiff, by and through the undersigned counsel, moves this Honorable Court to grant an extension of ten (10) days in which to file her Opposition to Defendant's Motion to Dismiss and for reasons states that: the undersigned counsel is in discovery in three discrimination cases and also preparing for trial in one case. In conjunction with that, her recent court appearances in other cases have made preparing the response to the Motion to Dismiss virtually impracticable. For these reasons, she seeks this ten-day extension.

Pursuant to the local rules, the undersigned contacted the opposing counsel who consents to this motion.

WHEREFORE, Plaintiff prays that this motion be granted so that she has until May 11, 2008 to file her Opposition.

Respectfully Submitted,

## THE GBENJO LAW GROUP

_____/s/_____

Anne Gbenjo, 447840

8449 West Bellfort Avenue, Suite 100

Houston, Texas 77071

Phone: 713.771.4775

Fax:    713.771.4784

Counsel for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 28th day of April 2008, a copy of the foregoing Motion was served on all parties as follows:

Eric S. Glover, Esquire

Assistant Attorney General

441 4TH Street, NW, 6th Floor-South

Washington, D.C. 20001

Alison N. Davis, Esquire

FORD & HARSON LLP

1300 19th Street, N.W., Suite 700

Washington, DC 20036

_____/s/_____

Anne Gbenjo

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| CHARLITA BROWN | § | |
|---|---|---|
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | CASE NO.: 07-1598 (JDB) |
| | § | |
| CORRECTIONS CORPORATION | § | |
| OF AMERICA et al | § | |
| | § | |
| Defendants | § | |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time, good cause having been shown, it is on this _____ day of _____ 20_____, by the United States District Court of the District of Columbia, hereby,

ORDERED that, the Motion is GRANTED. Plaintiff shall file her Opposition to Defendant's Motion to dismiss by May 11, 2008.

_____
JUDGE

COPIES TO:

ANNE GBENJO, ESQUIRE
ERIC GLOVER, ESQUIRE
ALISON DAVIS, ESQUIRE

Case 1:07-cv-01598-JDB    Document 18    Filed 04/28/2008    Page 4 of 4