AO 440 (Rev. 8/01) Summons in a Civil Action

**C. BROWN v. C.C.A. et al**                **RETURN OF SERVICE**    07-1598 (JDB)

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE APRIL 28, 2008 |
| NAME OF SERVER (PRINT) LOUIS BEREI IV | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO DEFENDANT D.C. ATTORNEY GENERAL PETER NICKLES AND SIGNED FOR BY HIS AGENT, E. PARKER, ON APRIL 18, 2008

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 28, 2008
           Date          Signature of Server

8449 W. BELLFORT AVE. #100 HOUSTON, TX 77071
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

**C. BROWN v. CCA et all**

### RETURN OF SERVICE    07-1598 (JDB)

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE: APRIL 28, 2008 |
| NAME OF SERVER (PRINT): LOUIS BEREI IV | TITLE: PARALEGAL |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED TO DEFENDANT D.C. MAYOR FENTY AND SIGNED FOR BY HIS AGENT ON APRIL 14, 2008

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | N/A | N/A |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  APRIL 28, 2008        [signature]
                    Date                    Signature of Server

8449 W. BELLFORT AVE. #100 HOUSTON, TX 77071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mayor Adrian M. Fenty
   1350 Pennsylvania Ave N.W
   Suite 310
   Wash. DC. 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   4/14/08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 3110 0001 8130 4172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Atty. General Peter Nickles
   441 Fourth Street NW
   Suite 1060 N
   Wash, D.C. 20004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   04-18-2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 3110 0001 8130 4165

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

WASHINGTON DC

16 APR 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

THE GBENJO LAW GROUP
8449 WEST BELLFORT AVE.
SUITE 100
HOUSTON, TEXAS 77071

received 4/18/08

2248

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

THE GBENJO LAW GROUP
8449 WEST BELLFORT AVE.
SUITE 100
HOUSTON, TEXAS 77071