AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CHARLITA BROWN,

       Plaintiff(s)    )   **APPEARANCE**

vs.    )   CASE NUMBER   Civil 07-01598 (JDB)
CORRECTIONS CORPORATION OF AMERICA AND
DEPARTMENT OF CORRECTIONS & DEVEN BROWN,
DIRECTOR FOR DEPARTMENT OF CORRECTIONS

       Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Dannie B. Fogleman  as counsel in this
               (Attorney's Name)

case for:  Corrections Corporation of America
            (Name of party or parties)

August 18, 2008
Date

_(signature)_
Signature

Dannie B. Fogleman
Print Name

414311
BAR IDENTIFICATION

Ford & Harrison LLP, 1300 19th St., Suite 700
Address

Washington, D.C. 20036
City    State    Zip Code

202-719-2014
Phone Number